**Order entered June 15, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-01077-CR**

**CARL YANCY JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F05-40209-R**

**ORDER**

Before the Court is appellant's April 21, 2021 motion for an extension of time to file his pro se response to the *Anders* brief filed by appointed counsel. We **GRANT** the motion and **ORDER** appellant's brief due **by August 2, 2021**.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE